**Opinion issued February 7, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————————

**NO. 01-22-00879-CV**

———————————————

**ROLAND CORTEZ, Appellant**

**V.**

**TERESA LYNN CORTEZ, Appellee**

---

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 21-DCV-285934**

---

## MEMORANDUM OPINION

On December 29, 2022, the Court issued an order referring this matter to mediation. On January 4, 2023, the parties attended mediation and entered into a Partial Mediated Settlement Agreement Pertaining to Temporary Orders ("Mediated Settlement Agreement"). On January 11, 2023, the parties filed a Joint

Motion to Set Aside Judgment and Remand Pursuant to Mediated Settlement Agreement ("Joint Motion"). The parties request in the Joint Motion that this Court set aside the Final Decree of Divorce signed on October 11, 2022 without regard to the merits and remand the case to the trial court for entry of temporary orders consistent with the Mediated Settlement Agreement, and for further proceedings. *See* TEX. R. APP. P. 42.1(a)(2)(B); *Stampede TX Energy, LLC v. Bridgetex Pipeline Co.*, No. 01-18-00113-CV, 2019 WL 758003, at *1 (Tex. App.—Houston [1st Dist.] Feb. 21, 2019, no pet.) (mem. op.) (granting joint motion to dismiss appeal, setting aside trial court's judgment without regard to merits, and remanding to trial court for rendition of judgment); *Correct Checks, Inc. v. Carew*, No. 01-12-00128-CV, 2012 WL 2159365, at *1 (Tex. App.—Houston [1st Dist.] June 14, 2012, no pet.) (mem. op.) (same). The parties request that the Court order each party to bear his or her own appellate costs and that the mandate issue upon judgment. *See* TEX. R. APP. P. 18.1(c), 42.1(d). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

We grant the parties' Joint Motion. We set aside the trial court's October 11, 2022 judgment without regard to the merits, and remand the case to the trial court for entry of temporary orders consistent with the Mediated Settlement Agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(f). We direct the Clerk of this Court that costs are to be taxed against the parties who incurred same and to issue

the mandate concurrently with this opinion and judgment.  *See* TEX. R. APP. P. 18.1(c), 42.1(d).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.